No. 95–1129. RED LAKE BAND OF CHIPPEWA INDIANS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–1145. DIAZ v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 95–1155. SCHUSTERMAN ET UX. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1293. TARGET SPORTSWEAR, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1308. V–1 OIL CO., INC., DBA V–1 PROPANE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–1319. HUGHES & LUCE ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 95–1400. CARTER ET AL. v. HELMSLEY-SPEAR, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1484. AMPHITHEATER PUBLIC SCHOOLS ET AL. v. AITKEN. Sup. Ct. Ariz. Certiorari denied.

No. 95–1489. GODDARD v. KANSAS DIRECTOR OF TAXATION ON ASSESSMENT OF MARIJUANA AND CONTROLLED SUBSTANCES TAX. Ct. App. Kan. Certiorari denied.

No. 95–1494. STANLEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–1495. BERKELEY v. HOME INSURANCE CO. C. A. D. C. Cir. Certiorari denied.

No. 95–1501. KING v. CLAYTON COUNTY COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–1505. BASS, SURVIVING SPOUSE OF BASS, DECEASED, ET AL. v. NATIONAL SUPER MARKETS, INC. Sup. Ct. Mo. Certiorari denied.